**FILED**
JAMES J. WALDRON, CLERK
SEP 15 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 09-34274 |
|---|---|---|
| Limone, Lucille | Chapter: | 13 |
| | Judge: | MS |

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATED: 9/15/09

Judge, United States Bankruptcy Court
M. STERN

Page 2

❑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __70__ check one ☒ With the filing of the petition, or
☐ ~~On or before~~ $ 70
$ __100__ on or before __10/15/09__
$ __104__ on or before __11/15/09__
$ _____ on or before _____

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: rheim              Page 1 of 1         Date Rcvd: Sep 16, 2009
Case: 09-34274                Form ID: pdf903          Total Noticed: 1

The following entities were noticed by first class mail on Sep 18, 2009.
db           +Lucille Limone,   29 Redwood Avenue,   Wayne, NJ 07470-5135

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2009**                    **Signature:** _Joseph Speetjens_