JOEL A. ACKERMAN
JA 4027

XCA 85280-3/trf
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
GMAC Mortgage, LLC
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |  |
|  | : | CHAPTER 13 |
| Lucille Limone, | : | CASE NO. 09-34274-MS |
|  | : |  |
| DEBTOR | : | **AMENDED OBJECTION TO PLAN** |
|  | : | Confirmation Hrg: 12/03/2009 @ 9:00am |

The undersigned, ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for Secured Creditor, GMAC Mortgage, LLC, the holder of a First Mortgage on the debtor's premises at 29 Redwood Avenue, Wayne, NJ 07470 , in addition to the objections set forth in its original Notice of Objection, the Secured Creditor further objects to the provision in the Chapter 13 plan that fixes the monthly mortgage payment outside the plan. The normal servicing of the debtor's loan will call for the post-petition mortgage payment to be adjusted. The debtor's plan makes no provision for this adjustment in violation of 11 U.S.C. 1322 (b) (2) .

The Secured Creditor has filed a claim for arrears in the amount of $97534.24. The Debtor's plan provides for monthly trustee distributions of $1080.00. The Debtor's proposed plan will satisfy the Secured Creditor's claim within 90.30 months. The Secured Creditor objects as the plan's

duration is in excess of 60 months in violation of 11 U.S.C. 1322 (d) and the Debtor's plan is not feasible in violation of 11 U.S.C. 1325 (a) (6).

    ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Secured Creditor
GMAC Mortgage, LLC

/s/ **JOEL A. ACKERMAN**
JOEL A. ACKERMAN
MEMBER OF THE FIRM

DATED: October 23, 2009

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**