Law Office of Shmuel Klein, PC
113 Cedarhill Ave.
Mahwah, NJ 07430
(201) 529-3411

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____x

In Re:                                             Case No. 09-34274

Lucille Limone

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS
AND OTHER DOCUMENTS

_____x

TO ALL PARTIES

   PLEASE TAKE NOTICE that Law Office of Shmuel Klein, PC attorney for Lucille Limone, a creditor and party in interest in the above-captioned case hereby enters an appearance on behalf of Lucille Limone.

   PLEASE TAKE FURTHER NOTICE that request is hereby made pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case and all pleading and other papers filed in the above matter be directed to the following:

Law Office of Shmuel Klein, PC
113 Cedarhill Ave.
Mahwah, NJ 07430
(201) 529-3411

   PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise, which may affect or seek to affect in any way, any rights or interest of  Lucille Limone, as a creditor with respect to the above-captioned debtor, or any related entity, or property or proceeds in which the debtor may have claimed an interest.

   PLEASE TAKE FURTHER NOTICE that this Appearance and Request for Notice is without prejudice to Lucille Limone rights, remedies and claims against other entities or any objection that may be made to the jurisdiction venue of the Court, or venue of this case and shall not be deemed or construed to be a waiver of objection thereto. Nor shall it be deemed or construed to submit Lucille Limone, to the jurisdiction of the court. All of Lucille Limone, rights, remedies, and claims are hereby expressly reserved, including without limitation, the bringing of a motion to restrict the use of case collateral, a motion to seek relief from the automatic stay, or a motion to compel the trustee to abandon property.

Dated:  Mahwah, NJ
     October 27, 2009                              Law Office of Shmuel Klein, PC
                                                   _____/s/____ Shmuel Klein
                                                            Shmuel Klein

Law Office of Shmuel Klein, PC
113 Cedarhill Ave.
Mahwah, NJ 07430
(201) 529-3411

**UNITED STATES BANKRUPTCY COURT**
 **DISTRICT OF NEW JERSEY**

_____x

In Re:  Case No. 09-34274

Lucille Limone  AFFIDAVIT OF SERVICE
_____x

CERTIFICATE OF SERVICE

STATE OF NEW JERSEY)
COUNTY OF BERGEN)

   I, Shmuel Klein affirms under the penalties of perjury pursuant, I am not a party to this action, am over the age of 18 years old and have offices at 113 Cedarhill Ave, Mahwah, NJ 07430, and I served the within Notice of Appearance on October 27, 2009, by depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service with the State of New Jersey, first class mail, addressed to:

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004


_____/s/_ Shmuel Klein
Shmuel Klein