JOEL A. ACKERMAN
JA 4027

XCA 85280-3/rja
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
GMAC Mortgage, LLC
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |  |
|  |  | CHAPTER 13 |
| Lucille Limone | : |  |
|  |  | CASE NO. 09-34274-MS |
| DEBTOR. | : | **NOTICE OF MOTION TO VACATE AUTOMATIC STAY** |
|  | : |  |
|  |  | **ORAL ARGUMENT REQUESTED** |
|  | : | **(RET:  01/07/2010@   11:00am)** |

TO: Lucille Limone
29 Redwood Avenue
Wayne, NJ 07470


Marie-Ann Greenberg, Trustee
30 Bridges Road, Suite 230
Fairfield, NJ  07004

SIRS:

  PLEASE TAKE NOTICE that on   01/07/2010@   11:00am, or soon as counsel may be

heard, the undersigned, attorneys for GMAC Mortgage, LLC the Secured Creditor, will move before

the United States Bankruptcy Court, Honorable Morris Stern, presiding, U.S. Bankruptcy Court, 50

Walnut Street, 3rd Floor, P.O. Box 1352, Newark, NJ 07101-1352 for an Order Vacating the Automatic Stay, with respect to the debtor's property at 29 REDWOOD AVENUE, WAYNE, NJ 07470 and allowing GMAC Mortgage, LLC, the secured creditor, to continue its foreclosure action, by reason of failure of the debtor to make the regular monthly mortgage payments outside of the Chapter 13 Plan, and

TAKE FURTHER NOTICE that the facts GMAC Mortgage, LLC the Secured Creditor relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

        ZUCKER, GOLDBERG & ACKERMAN, LLC
        Attorneys for Secured Creditor
        GMAC Mortgage, LLC

        /s/ **JOEL A. ACKERMAN**
        JOEL A. ACKERMAN
        MEMBER OF THE FIRM

DATED: December 17, 2009

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**