JOEL A. ACKERMAN
JA 4027

XCA 85280-3/rja
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
GMAC Mortgage, LLC
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

|  |  |
|---|---|
|  | : UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |
|  | CHAPTER 13 |
| Lucille Limone | : |
|  | CASE NO. 09-34274-MS |
| DEBTOR. | : **CERTIFICATION OF MAILING** |
|  | **(RET: 01/07/2010@ 11:00am)** |

Ruth Jacome does hereby certify:

1. I am employed in the offices of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for GMAC Mortgage, LLC, Secured Creditor in the above entitled matter.

2. On December 17, 2009, our firm caused to have mailed a copy of Notice of Motion to Vacate the Automatic Stay, returnable before the Bankruptcy Court at 50 Walnut Street, 3rd Floor, P.O. Box 1352, Newark, NJ 07101-1352, Certification in Support Thereof, and a proposed form of Order Vacating Stay to the following:

Lucille Limone
29 Redwood Avenue
Wayne, NJ 07470

Marie-Ann Greenberg, Trustee
30 Bridges Road, Suite 230
Fairfield, NJ 07004

    3. I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED: December 17, 2009

        /s/ **Ruth Jacome**
        Ruth Jacome

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**