U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
09 DEC 21 AM 10: 14
JAMES J. WALDRON
BY: _____
DEPUTY CLERK

Honorable Judge Stern,

Lucille Limone

Case No. 09-34274

Hearing: 2/4/2010 @ 11:00 am
Courtroom: 3A

Please reinstate my case.

This was dismissed for non payment of court fees.

I did however send a payment to Marie Ann Greenburgh Trustee by mistake in the amount of $204.00

Thank You

Lucille Limone

If the court does not receive the payment from Mrs Greenburgh I will send another money order

Thank You again

Lucille Limone

← LOAD THIS DIRECTION, THIS SIDE UP



← LOAD THIS DIRECTION, THIS SIDE UP